# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES E. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-445-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On January 19, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security Administration. The Magistrate Judge recommended that the Commissioner's decision be affirmed. Plaintiff was advised of his right to object to the Report and Recommendation by February 8, 2010. On that date, plaintiff filed his objections.

In his objections, plaintiff asserts the Magistrate Judge provided a post hoc rationalization for the Administrative Law Judge's ("ALJ") credibility analysis and that the ALJ's analysis was faulty. Plaintiff also reiterrates his objection to the ALJ's references to smoking.

Having carefully reviewed the ALJ's decision, the record in this case, and plaintiff's objection, the Court finds upon de novo review that the Commissioner properly applied the five-step sequential evaluation process, and the ALJ properly reviewed the Commissioner's decision in this respect. Furthermore, the Court finds that the correct legal standards were applied. Therefore, the Court finds the ALJ conducted a meaningful and well-supported analysis of the medical evidence and did not fail in showing that his findings were based on substantive evidence.

Accordingly, the Court:

(1) OVERRULES the objections to the well-reasoned and thorough Report and Recommendation;

(2) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 19, 2010, and

(3) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 11th day of February, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE